```
                        IN THE
              UNITED STATES DISTRICT COURT
                      FOR THE
              WESTERN DISTRICT OF VIRGINIA
                 HARRISONBURG DIVISION
                   JULY 2007 SESSION
```

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
JUL 18 2007
JOHN F. CORCORAN, CLERK
BY: /s/ _____
    DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 507CR00038 |
| | : | |
| v. | : | In violation of: |
| | : | 18 U.S.C. §§ 2252A(a)(1), |
| MICHAEL WAYNE ANDERSON | : | 2252A(a)(2), 2252(b)(1), and 2 |

## INDICTMENT

### Count One

The Grand Jury charges:

That on or about March 15, 2007, in the Western Judicial District of Virginia and elsewhere, the defendant, MICHAEL WAYNE ANDERSON, as a principal or as an aider and abettor, did knowingly transport or ship, or did knowingly attempt to transport or ship, in interstate commerce by means of a computer, child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), namely the following links to digital images of child pornography (portions of the links have been redacted by insertion of a series of asterisks):

http://***.***.********.**/~*******/***/***/1173981524789.jpg;

http://***.***.********.**/~*******/***/***/1173979900580.jpg;

http://***.***.********.**/~*******/***/***/1173976896467.jpg; and

http://***.***.********.**/~*******/***/***/1173974997507.jpg.

In violation of Title 18, United States Code, Sections 2252A(a)(1), and 2252A(b)(1), and 2.

### Count Two

The Grand Jury charges:

That on or about March 16, 2007, in the Western Judicial District of Virginia and elsewhere, the defendant, MICHAEL WAYNE ANDERSON, as a principal or as an aider and abettor, did knowingly transport or ship, or did knowingly attempt to transport or ship, in interstate commerce by means of a computer, child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), namely the following links to digital images of child pornography (portions of the links have been redacted by insertion of a series of asterisks):

http://\*\*\*.\*\*\*.\*\*\*\*\*\*\*\*.\*\*/~\*\*\*\*\*\*\*\*/\*\*\*\*\*\*\*\*\*\*\*/1.htm;

http://\*\*\*.\*\*\*.\*\*\*\*\*\*\*\*.\*\*/~\*\*\*\*\*\*\*\*/\*\*\*\*\*\*\*\*\*\*\*/\*\*\*/1169791480253.jpg; and

http://\*\*\*.\*\*\*.\*\*\*\*\*\*\*\*.\*\*/~\*\*\*\*\*\*\*\*/\*\*\*\*\*\*\*\*\*\*/src/1169876996556.jpg.

In violation of Title 18, United States Code, Sections, 2252A(a)(1), and 2252A(b)(1), and 2.

### Count Three

The Grand Jury charges:

That on or about March 15, 2007, in the Western Judicial District of Virginia and elsewhere, the defendant, MICHAEL WAYNE ANDERSON, did knowingly aid and abet the receipt, or did knowingly attempt to aid and abet the receipt, by another, of child

pornography or material that contained child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), namely the below-listed links to digital images of child pornography (portions of the links have been redacted by insertion of a series of asterisks), which links had been shipped or transported in interstate commerce by means of a computer:

http://***.***.********.**/~*******/***/***/1173981524789.jpg;

http://***.***.********.**/~*******/***/***/1173979900580.jpg;

http://***.***.********.**/~*******/***/***/1173976896467.jpg; and

http://***.***.********.**/~*******/***/***/1173974997507.jpg.

In violation of Title 18, United States Code, Sections, 2252A(a)(2), and 2252A(b)(1), and 2.

### Count Four

The Grand Jury charges:

That on or about March 16, 2007, in the Western Judicial District of Virginia and elsewhere, the defendant, MICHAEL WAYNE ANDERSON, did knowingly aid and abet the receipt, or did knowingly attempt to aid and abet the receipt, by another, of child pornography or material that contained child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), namely the below-listed links to digital images of child pornography (portions of the links have been redacted by insertion of a series of asterisks), which links had been shipped or transported in interstate commerce by means of a computer:

http://***.***.********.**/~*******/***********/1.htm;

```
http://***.***.********.**/~********/***********/***/116979148025
3.jpg; and

http://***.***.********.**/~********/***********/src/116987699655
6.jpg.
```

In violation of Title 18, United States Code, Sections 2252A(a)(2), and 2252A(b)(1), and 2.

A TRUE BILL, this ___18th___ day of July 2007.

                                                  _____
                                                  FOREPERSON

_____
UNITED STATES ATTORNEY