IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 5:07CR00038 |
| | ) | |
| MICHAEL WAYNE ANDERSON | ) | |

STIPULATIONS OF FACT
===

The United States of America and the defendant, Michael Wayne Anderson, hereby agree and stipulate that the following facts are true and accurate, and that no further evidence needs to be produced at trial to prove these facts:

All Western Digital and Hitachi computer hard drives, including the hard drives that were inside computers that were taken on or about March 17, 2007, by law enforcement officers from the Anderson home in Front Royal, Virginia, during the investigation of this case, were manufactured outside the Commonwealth of Virginia.

The Veo Stingray Web Cam that was taken on or about March 17, 2007, by law enforcement officers from the Anderson home in Front Royal, Virginia, during the investigation of this case, was manufactured outside of the Commonwealth of Virginia.

At all times relevant to the Indictment, Camtasia and Eyeball

Chat software was produced outside of the Commonwealth of Virginia.

It is further agreed that these stipulations can be made known to the jury in the trial of this matter.

For the United States of America:
Julie C. Dudley
Acting United States Attorney

by: _____  6/3/08
Nancy S. Healey                      Date
Assistant United States Attorney

by: _____  6/3/08
James A. Silver                      Date
Trial Attorney
Child Exploitation and Obscenity Section
United States Department Of Justice

By the defendant:

_____  5-22-08
Michael Wayne Anderson           Date

_____  5/22/08
Roland M. L. Santos              Date
Counsel for Michael Wayne Anderson